Filing # 131378083 E-Filed 07/26/2021 11:39:17 AM

Date: 8/16/21  Time: 11:45pm
Initials ML  ID# 0135

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR MARION COUNTY, FLORIDA

JAMES OLIVER,

    Plaintiff,

vs.

CASE NO.: 21-CA-001005

FREIGHT INTERNATIONAL LLC and
GEICO GENERAL INSURANCE
COMPANY,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE

    YOU ARE COMMANDED to serve this Summons and copy of the Complaint, in this action on the Defendant:

FREIGHT INTERNATIONAL LLC
C/o Registered Agent
Nuket Ruya
3833 Steinhauer Road NE
Marietta, GA 30066

Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, whose name and address is: **CRAIG J. CANNON, ESQUIRE, THE CANNON LAW FIRM, P.A., 1274 EAST SILVER SPRINGS BLVD., OCALA, FLORIDA 34470;** telephone **(352) 369-0529**; Email Service: cannonservice@thecannonlawfirm.com, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated this ___26___ day of July, 2021.

                                 GREGORY C. HARRELL,
                                 As Clerk of the Court

(SEAL)

                                 R. Buell
                                 Deputy Clerk



Electronically Filed Marion Case # 21CA001005AX 07/21/2021 02:57:25 PM



Scanned with CamScanner

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to **CRAIG J. CANNON, ESQUIRE, THE CANNON LAW FIRM, P.A., 1274 EAST SILVER SPRINGS BLVD., OCALA, FLORIDA 34470;** Email Service: cannonservice@thecannonlawfirm.com.

## IMPORTANTE

Usted ha sido demandado legalmente. Veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del case y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojada de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un adogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney". (Demandate o Abogado del Demanadante) **CRAIG J. CANNON, ESQUIRE, THE CANNON LAW FIRM, P.A., 1274 EAST SILVER SPRINGS BLVD., OCALA, FLORIDA 34470;** Email Service: cannonservice@thecannonlawfirm.com.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insufftisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services

2

Scanned with CamScanner

immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vois choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous. CRAIG J. CANNON, ESQUIRE, THE CANNON LAW FIRM, P.A., 1274 EAST SILVER SPRINGS BLVD., OCALA, FLORIDA 34470; E-mail Service: cannonservice@thecannonlawfirm.com.

In accordance with the Americans with Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact Court Administration at (address of courthouse and telephone number) not later than seven (7) days prior to the proceeding. If hearing impaired, (TDD), 1-800-955-8771, or Voice (V) 1-800-955-8770, via Florida Relay Service.

Scanned with CamScanner

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR MARION COUNTY, FLORIDA

CASE NO.: 21-CA-001005

JAMES OLIVER,

        Plaintiff,

vs.

FREIGHT INTERNATIONAL LLC and
GEICO GENERAL INSURANCE
COMPANY,

        Defendants.
_____/

## COMPLAINT

Plaintiff, James Oliver, sues the Defendants, Freight International LLC and GEICO General Insurance Company and alleges:

### COUNT I

1. This is an action for damages that exceed $30,000.00.

2. Defendant, Freight International LLC is a Georgia Domestic Limited Liability Company. (For service of process the Registered Agent is Nuket Ruya, 3833 Steinhauer Road, Marietta, GA 30066.)

3. For jurisdictional purposes, on or about May 5, 2020, Defendant, Freight International LLC either committed a tortious act within the State of Florida and/or was in the State of Florida for the purpose of operating, conducting, engaging in, or carrying on a business or business venture.

4. On or about May 5, 2020, Defendant, Freight International LLC owned and operated a semi-tractor and trailer on I-75 at or near mile marker 336 in Marion County, Florida.

Scanned with CamScanner

5. On or about May 5, 2021 Plaintiff was traveling northbound on Interstate 75 near mile marker 336 when the front of his vehicle was struck by a falling wooden object.

6. The falling wooden object appeared to Plaintiff to have fallen from the top of the Defendant's semi-trailer.

7. Defendant negligently operated or maintained the semi-tractor and trailer so that the falling wooden object was not properly secured to the semi-tractor and trailer.

8. As a result of the negligence of Defendant, Freight International LLC, Plaintiff suffered bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, James Oliver, demands a judgment against the Defendant, Freight International LLC.

## COUNT II

9. Plaintiff realleges paragraphs 1-8, above.

10. On or about May 5, 2020, Plaintiff, James Oliver had in full force and effect a policy of insurance with Defendant, GEICO General Insurance Company, providing uninsured/underinsured motorist coverage. A copy of the Declaration Page is attached to this Complaint as Exhibit A.

11. If Defendant, Freight International LLC is not liable to Plaintiff for the damages caused by the falling wooden object, then Defendant, GEICO General Insurance Company is

Scanned with CamScanner

liable to Plaintiff for the damages caused by the unknown/phantom source of the falling wooden object.

12. Plaintiff has complied with all conditions precedent to a recovery under the terms of the uninsured/underinsured motorist coverage in his policy of insurance with Defendant, GEICO General Insurance Company.

13. A dispute exists between the Plaintiff and the Defendant, GEICO General Insurance Company as to the liability for and the amount of Plaintiff's damages.

WHEREFORE, Plaintiff, James Oliver, demands judgment for damages against the Defendant, GEICO General Insurance Company.

### DEMAND FOR TRIAL BY JURY

Plaintiff, James Oliver, demands that all issues raised within this Complaint be tried by jury.

THE CANNON LAW FIRM, P.A.

*/s/ Craig J. Cannon*

CRAIG J. CANNON
Florida Bar No. 0932360
1274 E. Silver Springs Boulevard
Ocala, FL 34470
Telephone: (352) 369-0529
Facsimile: (352) 369-9304
Service e-mail: cannonservice@thecannonlawfirm.com
Attorney for Plaintiff

3

Case 5:21-cv-00503-GAP-PRL   Document 1-2   Filed 10/12/21   Page 7 of 7 PageID 17

06 05 19

## AFFIDAVIT

**STATE OF FLORIDA**
**POLK COUNTY: ss**

I, Justin Oliva, Claims Manager of GEICO General Insurance Company, incorporated under the laws of the State of Maryland, do hereby certify that the attached is a true and correct copy of policy contract number 4403152954, issued to Regina Dennis and David Dennis effective 01/21/2016 thru 07/21/2016, afforded the following coverage:

**Coverage for losses sustained by anyone other than an Insured is limited to:**

| | |
|---|---|
| Bodily Injury | $100,000.00 per person / $300,000.00 per occurrence |
| Property Damage (Includes Loss of Use) | $100,000.00 |

**Coverage for losses sustained by an Insured:**

| | |
|---|---|
| Uninsured Motorist Non-Stacked | $100,000.00 per person / $300,000.00 per occurrence |
| Personal Injury Protection | $250 Deductible, applies to Named Insured and Dependent Relatives |
| Additional Personal Injury Protection | Available to Insured and Dependent Relatives |
| Medical Payments | $10,000.00 |
| Collision | $250.00 Deductible |
| Comprehensive | Deductible |
| Rental Reimbursement | $1,350.00 Max Per Accident |
| Emergency Road Service | Available |
| MBI | Not Applicable |

on the following vehicle: 2005 PONT VIBE, VIN 5Y2SL63825Z430913, during the above policy period.

Number of Listed Vehicles:   Not Applicable

Policy and Coverage Defenses Known Are:   None Known At This Time

Additional Insurance Coverage:   None Known To GEICO General Insurance Company At This Time

Additional Insured(s) Under Section I, Liability Coverage:   None Known At This Time

The attached Policy Declaration sheet was recreated based on records retained in our computer data files. The amendments, endorsements, and policy contract are standard forms with information particular to this policy.  Attached is a specimen copy of the policy contract noted above.  These documents are true and correct to the best of my knowledge and belief.  This statement shall be amended immediately upon discovery of facts calling for an amendment.

Subscribed and sworn before me this day of ___MAY 3/1 2019___   Claims Manager



NOTARY PUBLIC

Adjuster: Carol Dapson
Claim Number: 053953725 0101 012



RECEIVED JUN 1 2 2019 By_____